LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TRUELOVE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P.<br>and ASTRAZENECA, L.P.,<br><br>　　　　Defendants. | CASE NO. C 06 0651 EDL<br><br>Before the Honorable Elizabeth D. Laporte<br><br>**[PROPOSED] ORDER VACATING<br>AND/OR CONTINUING CASE<br>MANAGEMENT CONFERENCE**<br><br>Conference Date:　May 2, 2006<br>Conference Time:　3:00 p.m.<br>Location:　Courtroom E, 15th Floor<br>　　　　　　　San Francisco |

　　For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 2, 2006 Case Management Conference ("CMC") to September 5, 2006, at 10:00 a.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: May 1, 2006

_____
Hon. Judge Elizabeth D. Laporte
United States District Court Judge